**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| LINDA HARPER and ANTHONY HARPER, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Docket No. 2:24-cv-00094-NT |
| THOMAS TAVENNER, JR., ) ) | |
| Defendant. ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On November 19, 2024, the United States Magistrate Judge filed with the Court, with copy to the parties, her Recommended Decision (ECF No. 13) on the Defendant's Motion to Dismiss the Punitive Damages Count (ECF No. 8). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Defendant's motion to dismiss is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 11th day of December, 2024.